IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**UNITED STATES OF AMERICA,**

    **Plaintiff/Respondent,**

v.                                               No. CV 13-0738 WJ/LAM
                                                          CR  09-2626 WJ

**NATHAN DON JACK,**

    **Defendant/Movant.**

## ORDER GRANTING MOTION FOR DOCUMENTS

**THIS MATTER** is before the Court on Defendant/Movant's *Motion for Document Entries 12 and 106 in Case No. 1:09-cr-02626-WJ-1 (Doc. 12)*, filed August 23, 2013.  The United States filed a response to the motion on August 29, 2013.  [*Doc. 13*].  Having reviewed the motion, response, and record of the case, the Court **FINDS** that the motion is well-taken and should be **GRANTED**.

In his motion, Defendant/Movant asks for copies of two documents from his underlying criminal case -- Document 12 (Redacted Indictment) and Document 106 (Partial Transcript of Jury Trial on September 15, 2010).  [*Doc. 12* at 1].  Defendant/Movant states that he was denied Document 106 because one of the clerks in the Clerk's Office told him that it was sealed.  *Id.* at 2.  Defendant/Movant states that he needs the document for his claims in his Section 2255 motion.  *Id.*  In response, counsel for the United States states that he has looked at the docket sheet for Case No. CR-09-2626 WJ and has found no sealed documents in the case, and that the United States does not object to the release of those documents to Defendant/Movant.  [*Doc. 13*].  The Court has looked

1

at the docket in the underlying criminal case, as well, and neither of the requested documents is sealed.

**IT IS THEREFORE ORDERED** that Defendant/Movant's *Motion for Document Entries 12 and 106 in Case No. 1:09-cr-02626-WJ-1 (Doc. 12)* is **GRANTED** and the Clerk shall send copies of Documents 12 and 106 from Case No. CR-09-2626 WJ to Defendant/Movant at his address of record.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ
UNITED STATES MAGISTRATE JUDGE**